# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:13–cv–02056–JSM–AEP

Herring et al v. Midland Credit Management, Inc.  
Assigned to: Judge James S. Moody, Jr  
Referred to: Magistrate Judge Anthony E. Porcelli  
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 08/08/2013  
Date Terminated: 09/12/2013  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**Jannette Herring**  represented by  **James Salvatore Giardina**  
The Consumer Rights Law Group, PLLC  
Suite 200  
3104 W Waters Ave  
Tampa, FL 33614–2877  
813/4135610  
Fax: 866/535–7199  
Email: james@consumerrightslawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kimberly Hamel Wochholz**  
Consumer Rights Law Group  
Suite 200  
3104 W Waters Ave  
Tampa, FL 33614–2877  
813/413–5710  
Fax: 866/535–7199  
Email: Kim@ConsumerRightsLawGroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Herring**  represented by  **James Salvatore Giardina**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kimberly Hamel Wochholz**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Midland Credit Management, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2013 | Ï 1 | COMPLAINT against Midland Credit Management, Inc. with Jury Demand (Filing fee $ 400 receipt number TPA18754) filed by Robert Herring, Jannette Herring. (Attachments: # 1 Civil Cover Sheet)(CD) (Entered: 08/09/2013) |
| 08/09/2013 | Ï 2 | SUMMONS issued as to Midland Credit Management, Inc. (CD) (Entered: 08/09/2013) |
| 08/09/2013 | Ï 3 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2 issued by Deputy Clerk on 8/9/2013. (SMB) (Entered: 08/09/2013) |
| 09/12/2013 | Ï 4 | MULTIDISTRICT LITIGATION panel order transferring case to: Southern District of California. MDL case number: 2286 (BES) (Entered: 09/12/2013) |