# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION LITIGATION<br><br>This document relates to the member cases listed on Exhibit 1 to this Order | MDL No.: 2286-MMA (MDD)<br><br>**ORDER SETTING RESPONSIVE PLEADINGS DEADLINE** |

The Court has reviewed the procedural posture of each member case in this Multi-District Litigation ("MDL"). Based on the Court's review and in light of the fact that discovery will not commence until an answer has been filed, **IT IS HEREBY ORDERED** that each defendant respond to the complaint in the cases listed on Exhibit 1 attached to this Order on or before **March 2, 2018**.

**IT IS SO ORDERED**.

Dated:  January 30, 2018

Hon. Michael M. Anello
United States District Judge