# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNETTE HERRING and ROBERT HERRING,<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | MDL No.: 11md2286-MMA (MDD)<br>Member Case No.: 13cv2139-MMA (MDD)[1]<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 690] |

On June 6, 2019, Plaintiffs Jannette and Robert Herring and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal with prejudice of member case 13cv2139-MMA (MDD) in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 690. Accordingly, case number 13cv2139-MMA (MDD) is **DISMISSED WITH PREJUDICE**. Each party must bear its own attorneys' fees and costs. The Clerk of Court is instructed to close case number 13cv2139-MMA (MDD).

**IT IS SO ORDERED**.

Dated: June 6, 2019

Hon. Michael M. Anello
United States District Judge

---

[1] The parties errantly list 13cv0256 as the case number. When the case was transferred to this district, it was assigned a different case number.